IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

VINCENT COOPER
ADC # 114449                                                                PLAINTIFF

v.                         No. 5:14-cv-123-DPM

TAMMY COURTNEY, CO1, Varner Supermax
Unit, ADC; JOHNATHAN MARTIN, Correctional
Officer, Varner Unit, ADC; and ARKANSAS
DEPARTMENT OF CORRECTION                                                   DEFENDANTS

## JUDGMENT

Cooper's complaint is dismissed without prejudice. An *in forma pauperis* appeal from this Judgment and the related Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 May 2014